UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRINEH AVANOOSIAN,<br><br>        Plaintiff,<br><br>    v.<br><br>TARGET CORPORATION; and DOES 1 to 50,<br><br>        Defendants. | CASE NUMBER:  2:15-cv-00450-JAK-SS<br><br>ORDER GRANTING STIPULATION TO REMAND TO SUPERIOR COURT<br><br>**JS-6** |

After reading and considering the stipulation between the parties it is hereby ordered that this case be REMANDED to the Los Angeles Superior Court, County of Los Angeles, 111 N. Hill Street, Los Angeles, CA (Case No. BC561814).

**IT IS SO ORDERED:**

DATED: February 10, 2015

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE

- 1 -